UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PLANTATION BOTANICALS, INC.,

          Plaintiff,

-vs-                                    Case No. 2:06-cv-103-FtM-99SPC

EUROMED USA, INC.; JOSEPH VEILLEUX,

          Defendants.
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on the Plaintiff Plaintation Botanicals, Inc.'s Motion for Leave to Amend and Add Parties (Doc. #48) filed on December 22, 2006. Pursuant to Fed. R. Civ. P. 7(b), the proper method to request leave to amend a complaint is either to attach a copy of the proposed amended complaint to the motion or set forth the substance of the proposed amendment in such a manner that the Court can assess the viability of proposed amendment. Satz v. Long, 181 F.3d 1275, 1279 (11th Cir. 1999).

      In this case, the Plaintiff failed to attach a copy of the proposed amended complaint to its Motion. Furthermore, the Plaintiff's Motion did not set forth the substance of the proposed amendment in a manner which would allow the Court to access the viability of the proposed amended complaint. Therefore it is respectfully recommended that leave to amend be denied until the Plaintiff corrects the deficiency in its Motion.

      Accordingly, it is now

      **RESPECTFULLY RECOMMENDED:**

The Plaintiff Plaintation Botanicals, Inc.'s Motion for Leave to Amend and Add Parties (Doc. #48) should be **DENIED** without prejudice.

**Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.**

Respectfully recommended at Fort Myers, Florida, this   23rd   day of January, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record